## O. D. HINNANT v. AMERICAN FIRE AND MARINE INSURANCE COMPANY ET AL.

(Filed 8 March, 1933.)

**Appeal and Error F c—Motion for certiorari must be supported by transcript of record and appellee must be given notice of motion.**

> In order to support a motion for *certiorari* it is required that appellant file transcript of the record proper and give appellee notice of the motion, and appellee's transcript of record filed on motion to docket and dismiss cannot avail the appellant on his motion for *certiorari*. Rules 17 and 34.

MOTION by American Fire and Marine Insurance Company to docket and dismiss plaintiff's appeal.

The case was tried September-October Term, 1932, Johnston Superior Court, and nonsuited at the close of plaintiff's evidence. Appeal duly noted. Upon failure of plaintiff to bring up and file transcript of record as required by the rules, the American Fire and Marine Insurance Company filed certificate from the clerk and moved to docket and dismiss the appeal under Rule 17. In answer to this motion, the respondent asked for *certiorari* to bring up the appeal. The appeal was ordered docketed and *certiorari* allowed. Movant requests that order of *certiorari* be withdrawn; first, because issued without notice and before movant could be heard; second, because appeal had been abandoned; and, third, for the reason that no record proper had been filed upon which said application could be made.

*A. J. Fletcher for movant.*
*W. P. Aycock and E. J. Wellons for respondent.*

STACY, C. J. Filing transcript of record proper as basis for *certiorari* is required to acquaint the Court with knowledge of the pendency of the action, that notice of appeal was duly given, and that the same has not been abandoned. *Pittman v. Kimberly,* 92 N. C., 562; *S. v. Freeman,* 114 N. C., 872, 19 S. E., 630; *Baker v. Hare,* 192 N. C., 788, 136 S. E., 113; *Brock v. Ellis,* 193 N. C., 540, 137 S. E., 585. Entries of appeal need not appear in *habeas corpus* proceedings. *In re Croom,* 175 N. C., 455, 95 S. E., 903.

The *certiorari* was improvidently granted. Rule 34. Notice is required as well as filing transcript of record proper. It appears that plaintiff had abandoned his appeal and was apparently relying upon a subsequent order of the judge, until the present motion to docket and dismiss the appeal was filed in this Court.

The transcript of record filed by movant on its appeal will not enure to the benefit of respondent, because the two appeals are not from the same judgment. The respondent gave notice of appeal from the judgment of nonsuit. The movant appealed from the order entered sixty days thereafter.

The motion to docket and dismiss plaintiff's appeal is well founded. Respondent's rights, if any he now have, may arise in subsequent proceedings.

Motion allowed.